IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LEO FRADRECO PARKS, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00233-MTT-MSH |
| | * |
| LIEUTENANT ROOSEVELT GREEN, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 1, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 1st day of September, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk